IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHARLIE TAYLOR

VS.  CIVIL ACTION NO. 2:05cv44-KS-MTP

FLORENCE JONES, ET AL

### ORDER

This cause is before the Court to be heard on Report and Recommendation of United States Magistrate Judge Michael T. Parker [104] entered herein on June 13, 2007, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court having fully reviewed the same as well as the record in this matter and being duly advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be and the same is hereby adopted as the finding of this Court and Defendant Jimmy Pearce is hereby dismissed without prejudice.

SO ORDERED this, the 19th day of July, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE