IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHARLIE TAYLOR

VS.                                                         CIVIL ACTION NO. 2:05cv44-KS-MTP

FLORENCE JONES, ET AL

## ORDER

This cause came on this date to be heard upon the [105] Report and Recommendation of United States Magistrate Judge Michael T. Parker entered herein on June 13, 2007 after referral of hearing by this Court, Objection filed by Charlie L. Taylor, plaintiff herein, and the Court having fully reviewed the same as well as the record in this matter and being duly advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court. The Court specifically further finds that the Movant, Taylor, seeks to bind persons who are not parties to this litigation and granting this motion in this action would futile.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be and the same is hereby adopted as the finding of this Court and that the Motion for Hearing [56] be **denied** and that Motion for Order to Compel Response to Motion [100] be **denied** as moot.

SO ORDERED this, the 19th day of July 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE